IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CASE NUMBER: 6:25-cv-01628**

ANDREW JAMES ENSOR,

    Plaintiff,

v.

BLUE ROCK PREMIER PROPERTIES, LLC.,
CONWAY PROPERTY HOLDINGS, LLC.,
RANDY X. FERREIRA and
LISA GORSUCH,

    Defendants.
_____/

## **NOTICE OF REMOVAL**

COMES NOW, Defendants, BLUE ROCK PREMIER PROPERTIES, LLC., CONWAY PROPERTY HOLDINGS, LLC., RANDY X. FERREIRA and LISA GORSUCH (hereinafter "Defendants"), by and through the undersigned counsel, and pursuant to 28 U.S.C § 1441(a), to remove an action pending in the Circuit Court of the Ninth Judicial Circuit of Florida, in for Orange County, Florida, styled "*Andrew James Ensor v. Blue Rock Premier Properties, LLC., Conway Property Holdings, LLC., Randy X. Ferreira, Lisa Gorsuch*," Case No. 2025-CA-006540-AO, and states:

## TIMELY NOTICE OF REMOVAL

1. Plaintiff, ANDREW JAMES ENSOR, filed a fifteen-count civil Complaint against the Defendants on or about July 10, 2025.[1]

2. Defendants filed a Notice of Acceptance of Service of Process effective by agreement of the Parties on August 8, 2025.

3. This Notice of Removal is timely filed within 30 days of formal acceptance of service by Defendants of the initial pleadings setting forth a claim for relief, pursuant to 28 U.S.C. § 1446(b), and with the consent of all Defendants.

## VENUE

4. Venue is proper in the United States District Court for the Middle District of Florida, Orlando Division, because the state court action and the subject loss originated in Orange County, Florida.

## BASIS FOR FEDERAL JURISDICTION

5. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims arise under the Constitution, laws or treaties of the United States. Specifically, Plaintiff asserts causes of action under the following:

   i. Disability Discrimination- 42 U.S.C § 3604;
   ii. Federal Civil Rico- 18 U.S.C § 1962;

---

[1] *See* **Exhibit "A"**, Plaintiff's Complaint for Violation(s) of Law, Damages and Equitable Relief in accordance with 28 U.S.C. § 1446(a).

    iii. Racketeer Influenced and Corrupt Organization Act (RICO)- 18 U.S.C. § 1964; and

    iv. Violation of the Americans with Disabilities Act- 42 U.S.C. § 12182.

## COMPLIANCE WITH 28 U.S.C. § 1446

6. Defendants file with this Notice, copies of all process, pleadings, and orders served on it, and such other papers that are exhibits, as required by 28 U.S.C. § 1446, including:[2]

    i. Complaint filed July 10, 2025;
    ii. Application for Insolvency and Indigency for Clerk Review filed July 10, 2025;
    iii. Complaint filed July 11, 2025;
    iv. Clerks Determination for Indigency is Approved filed July 14, 2025;
    v. Motion for Appointment of Counsel filed July 15, 2025;
    vi. Motion to Waive Rent Deposit Requirement filed July 15, 2025;
    vii. Affidavit Evidence Exhibits filed July 15, 2025;
    viii. Certificate of Service filed July 21, 2025;
    ix. Motion for Protective Order filed July 30, 2025;
    x. Evidence filed August 5, 2025;
    xi. Order Transferring Case out of Business Court filed August 6, 2025;
    xii. Order Transferring Case out of Business Court filed August 7, 2025;
    xiii. Notice of Division Reassignment to Civil Division 31 filed August 8, 2025;
    xiv. Uniform Order Setting Case for Jury/Pretrial filed August 11, 2025;
    xv. Notice of Limited Appearance filed August 11, 2025;
    xvi. Notice of Designation of Email Address filed August 11, 2025;
    xvii. Motion to Quash Service of Process filed August 11, 2025
    xviii. Order Designating Case a Complex Case filed August 14, 2025;

---

[2] *See* **Composite "B"** of the docket and all pleadings filed in the lower court.

    xix. Order Setting Case Management Conference filed August 14, 2025;
    xx. Motion for Emergency Hearing filed August 14, 2025;
    xxi. Plaintiff's Response in Opposition to Defendants Amended Motion to Quash Service of Process filed August 14, 2025;
    xxii. Plaintiff's Amended Complaint file August 14, 2025;
    xxiii. Motion for Leave to Cure Defective Service or Validate Service Nunc Pro Tunc filed August 14, 2025;
    xxiv. Amended Motion to Waive Rent Deposit Requirement filed August 14, 2025;
    xxv. Motion for Protective Order filed August 14, 2025; and
    xxvi. Affidavit in Support filed August 14, 2025
    xxvii. Order on Plaintiff's Pro Se Motion to Waive Rent Deposit Requirement Under Fla. Stat. § 83.60(2) Amended filed August 19, 2025;
    xxviii. Order Setting Hearing filed August 21, 2025;
    xxix. Order Vacating Business Court Orders Entered in Error After Reassignment filed August 21, 2025;
    xxx. Plaintiff's Motion for Reconsideration and Relief from Order Requiring Rent Deposit Due to Disability Hardship, Retaliation filed August 22, 2025;
    xxxi. Notice of Appearance and Designation of E-Mail Address filed August 22, 2025; and
    xxxii. Defendants' Notice of Acceptance of Service of Process filed August 22, 2025.

## **NOTICE TO STATE COURT AND PARTIES**

7. Pursuant to 28 U.S.C. § 1446(d), Defendants shall provide written notice of the filing of this Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of Circuit of the Ninth Circuit in and for Orange County, Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed through the Florida E-Portal System which will serve a copy via electronic mail to all counsel of record, this **25th** of August 2025.

## SERVICE LIST

| Andrew Ensor<br>Email: ajensr@aol.com<br><br>*Plaintiff* | Maura F. Krause, Esq.<br>Jelica V. Delaine, Esq.<br>RESNICK & LOUIS, P.C.<br>4040 NE 2nd Ave 6D<br>Miami, Florida 33137<br>Telephone/Facsimile: 786-472-6416<br>mkrause@rlattorneys.com<br>jdelaine@rlattorneys.com<br>aaumiller@rlattorneys.com<br>lschneider@rlattorneys.com<br><br>*Counsel for BLUE ROCK PREMIER PROPERTIES, LLC., CONWAY PROPERTY HOLDINGS, LLC., RANDY X. FERREIRA AND LISA GORSUCH* |
|---|---|
| Ashley E. Ettaro, Esq.<br>WICKER SMITH O'HARA MCCOY & FORD, P.A.<br>1000 S. Ashley Dr. Suite 1800<br>Tampa, Florida 33602<br>Phone: (813) 222-3939<br>Fax: (813) 222-3938<br>Email: TPAcrtpleadings@wickersmith.com<br>*Limited Appearance Counsel for BLUE ROCK PREMIER PROPERTIES, LLC., CONWAY PROPERTY HOLDINGS,* | Shawna C. Biggs, Esq.<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>100 SE Second Street, Suite 2100<br>Miami, Florida 33131<br>Telephone:  305-374-2275<br>Facsimile:   305-579-0261<br>shawna.biggs@wilsonelser.com<br>alyssa.heitman@wilsonelser.com<br><br>*Limited Appearance Counsel for BLUE ROCK PREMIER PROPERTIES, LLC., CONWAY* |

| | |
|---|---|
| *LLC., RANDY X. FERREIRA AND LISA GORSUCH* | *PROPERTY HOLDINGS, LLC., RANDY X. FERREIRA AND LISA GORSUCH* |

by CM/ECF on August 24th, 2025.

*By: /s/ Jelica V. Delaine*
JELICA V. DELAINE, ESQ.
MAURA F. KRAUSE, ESQ.
