AJ Ensor
2328 Conway RD
APT-O
Orlando, FL
32812

**Attn: Clerk's Office**
**Case No: 2025-CA-006540-O**

**Clerk of Court**
**George C. Young**
**Federal Annex Courthouse**
**401 West Central Boulevard**
**Orlando, Florida 32801**

| Retail  |  | U.S. POSTAGE PAID<br>FCM LG ENV<br>ORLANDO, FL 32807<br>SEP 06, 2025 |
|---|---|---|
| RDC 99 | 32801 | **$4.44**<br>S2324D502554-01 |



