UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW JAMES ENSOR,

    Plaintiff,

vs.

THE PARK AT VENOSA
APARTMENTS; CONWAY
PROPERTY HOLDINGS, LLC;
RANDY X FERREIRA;
EXECUTIVE SECRETARY
LISA GORSUCH; and BLUE
ROCK PREMIER
PROPERTIES, LLC,

    Defendants.

Case No.
6:25-cv-1628-AGM-RMN

## REPORT AND RECOMMENDATION

This matter is before the Court without oral argument on Defendants' Motion for Case Management Conference. Dkt. 47. The Court held a hearing on December 8, 2025. Because the parties had not yet filed a Case Management Report, the Court directed the parties to complete one during the hearing. The completed the Case Management Report attached to the hearing minutes. Dkt. 76-1.

Based on my discussion with the parties at the hearing concerning the proposed case management deadlines and scope of

discovery, I respectfully **RECOMMEND** the Court **ADOPT** the proposed deadlines the parties set in their Case Management Report.

### Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on December 9, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Hon. Anne-Leigh Gaylord Moe

Andrew Ensor
2367 Conway Road Unit 218
Orlando, Florida 32812

Counsel of Record