UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW JAMES ENSOR,

    Plaintiff,

v.                                              Case No.: 6:25-cv-01628-AGM-RMN

THE PARK AT VENOSA
APARTMENTS; CONWAY
PROPERTY HOLDINGS, LLC;
RANDY X FERREIRA; and
EXECUTIVE SECRETARY LISA
GORSUCH,
    Defendants,

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's motions for protective orders (docs. # 10 and 37; the "Motions"). The Magistrate Judge issued a Report and Recommendation (doc. # 41; "the Report") recommending that the Motions be construed as motions for preliminary injunctions and denied. Upon due consideration, this Court agrees.

The fourteen-day deadline for objections to the Report has passed and no party has filed any objection.[1] Absent objection, the Court conducts a "careful and complete" review of a report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (*per curiam*) (citation omitted). "Clear error" review applies to portions of the Report and Recommendation to which no objection is made. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784

---

[1] Within fourteen days, Plaintiff did file an objection (doc. # 42) to a separate Order (doc. # 40) issued by the Magistrate Judge. Although Plaintiff objected to the authority of the Magistrate Judge, no specific objection was made to any aspect of the Report. *See Kohser v. Protective Life Corp.*, 649 F. App'x 774, 777 (11th Cir. 2016) ("A specific objection must identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection.") (internal quotation marks omitted).

(11th Cir. 2006) (*per curiam*) (quotation citation omitted). The Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1); *Williams*, 681 F.2d at 732.

As an initial matter, Plaintiff asserts that he is bringing the Motions under Federal Rule of Civil Procedure 26(c). (Docs. # 10 at 1 and 37 at 1). The substance of the Motions, however, indicates that Plaintiff is, in fact, moving for injunctive relief under Federal Rule of Civil Procedure 65. Among other things, Plaintiff seeks to enjoin Defendants from collecting rent or initiating eviction proceedings. (See Docs. # 10 and 37). This Court agrees with the Magistrate Judge's recommendation that Plaintiff's Motions should be construed as motions for preliminary injunctions.

The Magistrate Judge, in a thorough and well-reasoned analysis, found that Plaintiff's Motions failed to clearly meet the requirements necessary for a preliminary injunction. Having performed an independent review of the file, and for the sound reasons explained in the Report, this Court agrees.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (doc. # 41) is **ADOPTED** and made a part of this Order for all purposes.

2. The Motions (docs. # 10 and 37) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on December 23, 2025.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Pro se Plaintiff